IN THE MATTER OF THE PROBATE OF THE LAST WILL
AND TESTAMENT OF MORGAN HAND, II, DECEASED.

See same case below: 95 *N. J. Super.* 182.

*Messrs. Perskie & Perskie* for the petitioner.

*Messrs. Loveland, Hughes & Garrett* for the respondent.

September 19, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
FRANK MICHAEL DI NARDO, DEFENDANT-PETITIONER.

*Mr. John P. Russell* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. Alvin S. Michaelson*
for the respondent.

September 19, 1967. Denied.

NATIONWIDE MUTUAL INSURANCE COMPANY, PLAIN-
TIFF-RESPONDENT, v. MILDRED PETRULLO GUIDO,
*ET AL.*, DEFENDANTS-RESPONDENTS AND D N M CON-
STRUCTION, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Cunneen & O'Gorman* for the petitioners.

*Messrs. Jamieson, Walsh, McCardell & Moore* for the
plaintiff-respondent.

September 19, 1967. Denied.